UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

Amarilys DePena,

           Plaintiff,

-against-

Elrac, Inc. d/b/a Enterprise Rent-A-Car and
"John Doe," a fictitious name for an individual
whose identity is not currently known,

           Defendants.
-------------------------------------------------------------------X

08 CV 3869

JUDGE BUCHWALD

Docket No.



Rule 7.1 Statement

PURSUANT TO RULE 7.1 [Formerly Local General Rule 9] OF THE LOCAL RULES OF THE US DISTRICT COURT FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK AND TO ENABLE JUDGES AND MAGISTRATE JUDGES OF THE COURT TO EVALUATE POSSIBLE DISQUALIFICATION OR RECUSAL, THE UNDERSIGNED COUNSEL FOR Elrac, Inc., d/b/a Enterprise Rent A Car (A PRIVATE NON-GOVERNMENTAL PARTY) CERTIFIES THAT THE FOLLOWING ARE CORPORATE PARENTS, AFFILIATES AND/OR SUBSIDIARIES OF SAID PARTY WHICH ARE PUBLICLY HELD.

           None

Dated: Farmingdale, New York
      April 21, 2008

                                  CARMAN, CALLAHAN & INGHAM, LLP

                                  James M. Carman (JMC-6268)
                                  Attorneys for Defendant
                                  Elrac, Inc.
                                  266 Main Street
                                  Farmingdale, New York 11735
                                  516-249-3450

To:   Tarasov & Associates, P.C.
       Attorneys for Plaintiff
       36 Avenue O
       Brooklyn, New York 11204
       718-368-0690
       File No. 2542