LAW OFFICES

# CARMAN, CALLAHAN & INGHAM, LLP

266 MAIN STREET
FARMINGDALE, NEW YORK 11735

TEL: (516) 249-3450     FAX: (516) 843-6390

www.carmancallahan.com

WILLIS B. CARMAN, JR.
MICHAEL F. INGHAM
GREGORY W. CARMAN, JR.
JAMES M. CARMAN
PETER F. BREHENY
STEPHANIE L. BODEN
PAUL A. BARRETT
WILLIS B. CARMAN

HON. WILLIS B. CARMAN, SR.
FIRM'S FOUNDER (1928-1986)

ROBERT M. CALLAHAN
OF COUNSEL

MICHAEL J. LOMBARDI
OF COUNSEL

TRACY S. REIFER
MICHAEL M. BURKART
SUSAN CARMAN
CRAIG STABENAU
CHRISTOPHER G. PERSAD
VASSILIOS F. PROUSSALIS
MICHELLE HUGHES
ADEEL JAMALUDDIN
JENNIFER L. ZEIDNER
NAFTALI T. HALPERN
CHRISTOPHER G. DOERING
JEFFREY P. SAXON
CHRISTOPHER M. ARZBERGER
DARA C. GOODMAN
WILLIAM C. LAMBOLEY
CHRISTOPHER J. MARTIN

* ALSO ADMITTED IN FL
▲ ALSO ADMITTED IN PA
□ ALSO ADMITTED IN NJ
■ ALSO ADMITTED IN CT

July 8, 2008

*Via ECF*
Honorable Judge Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: Amarilys DePena v. Elrac, Inc. d/b/a Enterprise Rent-A-Car
     Docket No. 08 CV 3869
     Our File No. 1614-743

Dear Judge Buchwald:

  This office represents the defendant, Elrac, Inc. d/b/a Enterprise Rent-A-Car, in the above-referenced matter and I submit this as a joint letter to advise the Court of the status since our last Conference.

  In this regard, plaintiff has agreed to discontinue has claim as against our client. We are in the process of circulating a Stipulation of Discontinuance and the same will be filed with the Court within the next seven (7) days.

  Counsel wishes to thank the Court for its assistance in this matter.

          Respectfully yours,

          CARMAN, CALLAHAN & INGHAM, LLP

          James M. Carman

JMC:sm

*Honorable District Court Judge Buchanan*
*July 8, 2008*
*Page 2*

cc: Thomas Incantalupo, Esq.
   Tarasov & Associates, P.C.
   36 Avenue O
   Brooklyn, New York  11204

*CARMAN, CALLAHAN & INGHAM, LLP*