```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
AMARILYS DEPENA,

              Plaintiff,

    - against -

ELLRAC, INC. d/b/a ENTERPRISE RENT-A-CAR,
and JOHN DOE,

              Defendants.
----------------------------------X

O R D E R

08 Civ. 3869 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    It having been reported to this Court that the plaintiff no longer wishes to pursue this action, it is

    **ORDERED** that the above-captioned action be, and hereby is, dismissed with prejudice.

DATED:    New York, New York
            July 23, 2008

                                              _____
                                                NAOMI REICE BUCHWALD
                                             UNITED STATES DISTRICT JUDGE